UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

David Gibson,

    Plaintiff,

        v.                         Case No. 1:22cv764

Hamilton County Common
Pleas Court, *et al.*,

    Defendants.

## AMENDED ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on July 11, 2023 (Doc. 35).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties may forfeit rights on appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 35) have been filed and the time to do so has expired.

Accordingly, it is **ORDERED** that the R&R (Doc. 35) of the Magistrate Judge is hereby **ADOPTED**. Consistent with the recommendation by the Magistrate Judge, Plaintiff's Motions for Preliminary Injunction (Docs. 2, 25) are **DENIED**.

    **IT IS SO ORDERED.**

                                      *s/Michael R. Barrett*
                                      Michael R. Barrett, Judge
                                      United States District Court