UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

David Gipson,

    Plaintiff,

        v.                     Case No. 1:22cv764

Hamilton County Common Pleas Court, et al.

    Defendants.

### ORDER

    This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on November 21, 2023 (Doc. 61).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties may forfeit rights on appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 11) have been filed and the time to do so has expired.

    Accordingly, it is **ORDERED** that the R&R (Doc. 61) of the Magistrate Judge is hereby **ADOPTED**. Consistent with the recommendation by the Magistrate Judge, The County Defendants' motion for summary judgment (Doc. 45) is **GRANTED** and each of plaintiff's claims are dismissed against the County Defendants for the reasons explained within the R&R (Doc. 61).

    **IT IS SO ORDERED.**

                                      *s/Michael R. Barrett*
                                      Michael R. Barrett, Judge
                                      United States District Court