# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: May 02, 2024

Mr. Richard W. Nagel
U.S. District Court
for the Southern District of Ohio
100 E. Fifth Street
103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

          Re:  Case No. 23-3575, *David Gipson v. Hamilton Cnty Ct of Common Pleas, et al*
               Originating Case No. : 1:22-cv-00764

Dear Mr. Nagel:

  Enclosed is a copy of the mandate filed in this case.

                                               Sincerely yours,

                                        s/Patricia J. Elder, Senior Case Manager
                                            for C. Anthony Milton, Case Manager

cc:  Mr. Cooper David Bowen
      Mr. David Gipson
      Ms. Pamela J. Sears
      Ms. Linda L. Woeber

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 23-3575

_____

Filed: May 02, 2024

DAVID GIPSON

      Plaintiff - Appellant

v.

HAMILTON COUNTY COURT OF COMMON PLEAS; HAMILTON COUNTY, OH SHERIFF'S OFFICE; CHARMAINE MCGUFFEY; DEPUTY SHERIFF DENNIS BROGAN; SERGEANT MICHAEL DREYER; DEPUTY MADISON SPEER; DEPUTY NICK HNRYAK; DEPUTY FREDERICK OBER; ROBERT RUEHLMAN; BAILIFF LAURA HAYSLIP; TERRY NESTOR; JODY LUEBBERS; THOMAS HEEKIN

      Defendants - Appellees

<u>MANDATE</u>

Pursuant to the court's disposition that was filed 04/10/2024 the mandate for this case hereby issues today.

COSTS: None